**No. 09A736. John McComish, et al., Applicants v. Ken Bennett, Secretary of State of the State of Arizona, et al.**

559 U.S. 931, 130 S. Ct. 1498, 176 L. Ed. 2d 105, 2010 U.S. LEXIS 1030.

February 16, 2010. Application to vacate the stay, presented to Justice Kennedy, and by him referred to the Court, denied. Denial is without prejudice to a renewed application on June 1, 2010, or when the Court of Appeals has issued its decision on the merits of the case, whichever date is earlier.

**No. 09-8975 (09A739). Martin Edward Grossman, Petitioner v. Florida.**

559 U.S. 932, 130 S. Ct. 1498, 176 L. Ed. 2d 105, 2010 U.S. LEXIS 1029.

February 16, 2010. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 29 So. 3d 1034.

**No. 08-974. Arthur L. Lewis, Jr., et al., Petitioners v. City of Chicago, Illinois.**

559 U.S. 932, 130 S. Ct. 1499, 176 L. Ed. 2d 105, 2010 U.S. LEXIS 1031.

February 19, 2010. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 08-1470. Mary Berghuis, Warden, Petitioner v. Van Chester Thompkins.**

559 U.S. 932, 130 S. Ct. 1499, 176 L. Ed. 2d 105, 2010 U.S. LEXIS 1032.

February 19, 2010. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 08-1529. Esther Hui, et al., Petitioners v. Yanira Castaneda, as Personal Representative of the Estate of Francisco Castaneda, et al.**

559 U.S. 932, 130 S. Ct. 1499, 176 L. Ed. 2d 105, 2010 U.S. LEXIS 1034.

February 19, 2010. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 08-1555. Mohamed Ali Samantar, Petitioner v. Bashe Abdi Yousuf, et al.**

559 U.S. 932, 130 S. Ct. 1499, 176 L. Ed. 2d 105, 2010 U.S. LEXIS 1033.

February 19, 2010. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 09-38. Health Care Service Corporation, Petitioner v. Juli A. Pollitt, et al.**

559 U.S. 932, 130 S. Ct. 1499, 176 L. Ed. 2d 105, 2010 U.S. LEXIS 1035.

February 19, 2010. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.